# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 10, 2009

Marilyn Kelly,
Chief Justice

138422

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

OTTAWA COUNTY,
      Petitioner-Appellant,

v

      SC: 138422
      COA: 276669
      Ottawa CC: 05-053720-CK

POLICE OFFICERS ASSOCIATION OF
MICHIGAN,
      Respondent-Appellee.

_____/

      On order of the Court, the application for leave to appeal the December 11, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 10, 2009

_____
Clerk

d0603